CR 26-174 SRN/SGE
RULE 5 DOCS

AO 466A (Rev. 12/09) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

United States of America
v.
Christian Liam Schenk
*Defendant*

Case No. 26-mj-5294-JGD

Charging District's Case No. 26-cr-00174-SRN-SGE

## WAIVER OF RULE 5 & 5.1 HEARINGS
## (Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)* District of Minnesota .

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise — unless I am indicted — to determine whether there is probable cause to believe that an offense has been committed;

(5) a hearing on any motion by the government for detention;

(6) request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☑ an identity hearing and production of the warrant.

☑ a preliminary hearing.

☑ a detention hearing.

☑ an identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled in this district. I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 9/29/2026

*Defendant's signature*

*Signature of defendant's attorney*

Shawn Petrini
*Printed name of defendant's attorney*

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MAGISTRATE NO.
26-5294-JGD

UNITED STATES OF AMERICA

v.

CHRISTIAN LIAM SCHENK

**ORDER PURSUANT TO**
**FEDERAL RULE OF CRIMINAL PROCEDURE 5**

September 29, 2026

DEIN, U.S.M.J.

In compliance with the Due Process Protections Act, the Court issues the following Order. Consistent with *Brady v. Maryland*, 373 U.S. 83 (1963), and its progeny, the United States is ordered to disclose all exculpatory information, in a timely manner, to the defendant. This information includes, but is not limited to, evidence that is material and is favorable to the accused. Specific categories of exculpatory evidence that must be provided to the defense are set out in Local Rule 116.2. The failure to discharge this obligation may result in consequences, including the reversal of any conviction, exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, and/or sanctions by the Court.

So Ordered.

/ s / Judith Gail Dein
JUDITH GAIL DEIN
UNITED STATES MAGISTRATE JUDGE

AO 467 (Rev. 9/03) Order for Defendant to Appear

# UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA
V.
Christian Liam Schenk

**ORDER THAT DEFENDANT APPEAR IN DISTRICT OF PROSECUTION OR DISTRICT HAVING PROBATION JURISDICTION AND TRANSFERRING BAIL**

CASE NUMBER: 26-mj-5294-JGD

CHARGING DISTRICTS CASE NUMBER: 26-cr-00174-SRN-SGE

The defendant having appeared before this Court and proceedings having been concluded and the defendant released;

IT IS ORDERED that the defendant be held to answer in the United States District Court for the ________ District of Minnesota; and that the Clerk of Court shall transfer bail deposited into the Registry of this Court, to the Clerk of the N/A,
*Place and Address*
for deposit into the registry of that Court.

The defendant shall appear at all proceedings as required. The defendant shall next appear at (if blank, to be notified)
Warren E. Burger Federal Building & U.S. Courthouse on 10/9/2026 1:30 pm
*Date and Time*

/s/ Judith G. Dein
*Signature of Judge*

UNITED STATES DISTRICT COURT DISTRICT OF MASSACHUSETTS

10/1/2026
*Date*

Judith G. Dein
*Name of Judge*

U.S. Magistrate Judge
*Title of Judge*

Query Reports Utilities Help What's New Log Out

**United States District Court**
**District of Massachusetts (Boston)**
**CRIMINAL DOCKET FOR CASE #: 1:26-mj-05294-JGD-1**

Case title: USA v. Liam Schenk

Date Filed: 09/29/2026

Date Terminated: 10/01/2026

Assigned to: Magistrate Judge Judith G. Dein

**Defendant (1)**

**Christian Liam Schenk**
*TERMINATED: 10/01/2026*

represented by **Joshua Hanye**
Federal Public Defender's Office
5th Floor
51 Sleeper Street
Boston, MA 02210
617-223-8061
Email: joshua_hanye@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Pending Counts**

None

**Disposition**

**Highest Offense Level (Opening)**

None

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

**Complaints**

18 U.S.C. § 611 - False Claim of Citizenship in Order to Vote, 18 U.S.C. § 1015(f) - Voting by Alien

**Disposition**

**Plaintiff**

**USA**

represented by **K. Nathaniel Yeager**
US Attorney's Office - MA
J. Joseph Moakley U.S. Courthouse
1 Courthouse Way
Suite 9200
Boston, MA 02210
617-748-3311
Email: nathaniel.yeager@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

Email All Attorneys
Email All Attorneys and Additional Recipients

| Date Filed | # | Docket Text |
|---|---|---|
| 09/29/2026 | | Arrest (Rule 5) of Christian Liam Schenk (LTV) (Entered: 09/29/2026) |
| 09/29/2026 | 1 | Rule 5(c)(3) Documents Received as to Christian Liam Schenk (Attachments: # 1 Arrest Warrant)(LTV) (Main Document replaced with corrected copy on 9/30/2026) (Thomson, Katherine). (Entered: 09/29/2026) |
| 09/29/2026 | 2 | ELECTRONIC NOTICE OF HEARING as to Christian Liam Schenk Initial Appearance - Rule 5 set for 9/29/2026 04:30 PM in Courtroom 16 (In person only) before Magistrate Judge Judith G. Dein. (LTV) (Entered: 09/29/2026) |
| 09/29/2026 | 3 | ELECTRONIC NOTICE of Case Assignment as to Christian Liam Schenk; Magistrate Judge Judith G. Dein assigned to case. (SVC2) (Entered: 09/29/2026) |
| 09/29/2026 | 4 | WAIVER of Rule 5 and 5.1 Hearings by Christian Liam Schenk. (Thomson, Katherine) (Entered: 09/30/2026) |
| 09/29/2026 | 5 | Electronic Clerk's Notes for proceedings held before Magistrate Judge Judith G. Dein: Initial Appearance in Rule 5(c)(3) Proceedings as to Christian Liam Schenk held on 9/29/2026; case called; USMJ Dein informs the Dft. of his rights and confirms he has a copy of the indictment; FD Office is appointed for today's purposes in the District of Massachusetts only; the United States is ordered to disclose all exculpatory information, in a timely manner, to the defendant; the Govt. states the maximum penalties and is not moving for detention; USMJ Dein orders the Dft. released and shall appear as directed in the charging District of Minnesota by 10/9/2026. (Attorneys present: AUSA Yeager and FD Shawn Petrini; Curran for probation. )Court Reporter Name and Contact or digital recording information: Digital Recording. To order a copy of this Digital Recording, please email the Court at https://forms.mad.uscourts.gov/Audio.html . For a transcript of this proceeding, contact the Court by email at mad_transcripts@mad.uscourts.gov. (Thomson, Katherine) (Entered: 09/30/2026) |
| 09/29/2026 | 6 | Magistrate Judge Judith G. Dein: ORDER entered. ORDER PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 5(f) entered as to Christian Liam Schenk. (Thomson, Katherine) (Entered: 10/01/2026) |
| 10/01/2026 | 7 | Magistrate Judge Judith G. Dein: ORDER entered. ORDER THAT DEFENDANT APPEAR IN DISTRICT OF PROSECUTION as to Christian Liam Schenk. (Thomson, Katherine) (Entered: 10/01/2026) |