**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

United States of America,

Plaintiff,

v.

Christian Liam Schenk,

Defendant.

Case No. 0:26-cr-00174-SRN-SGE

**EXHIBIT A:**
**DEFENDANT'S WRITTEN CONSENT TO APPEAR BY VIDEO TELECONFERENCE AND WAIVER OF APPEARANCE AT ARRAIGNMENT**

I, Christian Liam Schenk, state as follows.

1. I am the Defendant in this case. I have received a copy of the Indictment.
2. I understand that I have the right to be physically present in the courtroom for my initial appearance and arraignment in this District, and that those proceedings may be conducted by video teleconference only if I consent.
3. After discussing the matter with my attorney, I consent under Federal Rules of Criminal Procedure 5(g) and 10(c) to appear by video teleconference at the hearing set for October 9, 2026. I also consent to appear by video teleconference at any later hearing in this case at which no testimony will be taken, if the Court permits.
4. I understand that this consent does not apply to any evidentiary hearing or other proceeding at which testimony will be taken, to any change-of-plea hearing, to trial, or to sentencing, and that the Court may require me to appear in person at any hearing.

5. If the Court prefers to proceed under Federal Rule of Criminal Procedure 10(b), I waive my appearance at arraignment, I affirm that I have received a copy of the Indictment, and I affirm that my plea to each count of the Indictment is not guilty.

6. When I appear by video, I will keep my camera on, I will join from a private location with a reliable connection, and I will be available to speak privately with my attorney by telephone if needed.

Dated: October 5, 2026

Christian Liam Schenk
Defendant

I am counsel for Defendant Christian Liam Schenk. I have discussed this consent and waiver with Mr. Schenk, and I believe that he understands it and gives it knowingly and voluntarily.

Dated: October 5, 2026

/s/ Nico Ratkowski
Nico Ratkowski (Atty. No. 0400413)
RATKOWSKI LAW PLLC
332 Minnesota Street, Suite W1610
Saint Paul, MN 55101
P: (651) 755-5150
E: nico@ratkowskilaw.com

**Attorney for Defendant**